UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY, *et al.,*<br><br>*Defendants*. | Civil Action No. 21-3065 (JEB) |

## STATEMENT OF MATERIAL FACTS
## <u>AS TO WHICH THERE ARE NO  GENUINE ISSUES</u>

Pursuant to Local Civil Rule 7(h), Defendant, he Federal Bureau of Investigation ("FBI"),

by and through undersigned counsel, respectfully submits this statement of material facts as to

which there is no genuine issue in support of its motion to dismiss, or in the alternative, for

summary judgment on the claims asserted by Plaintiff, James G. Connell, III.

| | |
|---|---|
| 1. The FBI received a FOIA request through FBI's eFOIPA portal from Plaintiff on or about February 19, 2021.<br><br>*See* Seidel Decl. ¶ 5; Exhibit A. | |
| 2. Plaintiff's The FOIA request provided, in part:<br>"Any and all documents sent from CIA to FBI or FBI to CIA during the period 2003-2007 regarding Ammar al-Baluchi aka Ali Abdul-Azi Ali.  Responsive documents will include intelligence requirements for Mr. Al-Baluchi, intelligence requirements for other detainees concerning Mr. al-Baluchi, reports of interrogations, and any other discussions of intelligence gathering from and about Mr. al-Baluchi."<br>*See* Seidel Decl. ¶ 5; Exhibit A. | |

| | |
|---|---|
| 3. By letter dated February 23, 2021, the FBI provided Plaintiff with a "Certification of Identity Form."  The letter explained that because the Plaintiff was requesting a third-party's records, a "Certification of Identity" form was required to be completed correctly and the FOIA request resubmitted.<br><br>*See* Seidel Decl. ¶ 6; Exhibit B. | |
| 4. The FBI received a follow up e-mail from the Plaintiff through FBI's eFOIPA on or about March 11, 2021.   The e-mail included a "Certification of Identity" form as an attachment.<br><br>*See* Seidel Decl. ¶ 7; Exhibit C. | |
| 5. By letter dated March 16, 2021, the FBI acknowledged receipt of the Plaintiff's March 11, 2021, e-mail.<br><br>*See* Seidel Decl. ¶ 8; Exhibit D. | |
| 6.  The  "Certification  of  Identity"  form provided by the Plaintiff, *see* Seidel Decl., Exhibit E, was incorrectly completed by the Plaintiff.   Specifically, in the block for the "Full Name of Requester," the Plaintiff put his own name rather than that of the "Name of individual  who  is  subject  of  the  record(s) sought."   *See* Exhibit E, fn. 1.   Also, the Plaintiff  failed  to  list  his  name  in  the "Authorization  to  Release  Information  to Another Person" field, as the FBI's February 23, 2021, had directed. *Id.* | |

| | |
|---|---|
| 7.  FBI's March 16, 2021, letter and closed the Plaintiff's request because "it was determined that the request did not meet the eFOIPA terms of service.  *See* Seidel Decl., Exhibit D.<br><br>The "Certification of Identity" form provided by the Plaintiff was incorrectly completed by the Plaintiff.  Specifically, in the block for the "Full Name of Requester," the Plaintiff put his own  name  rather  than  that  of  the  "Name  of individual  who  is  subject  of  the  record(s) | |

| | |
|---|---|
| sought." *See* Seidel Decl., Certificate of Identity, fn. 1. The FBI's letter also set forth the requisite administrative procedure that te Plaintiff was to follow prior to filing this lawsuit. *See* Seidel Decl.. Exhibit D. | |
| 8. Plaintiff failed to seek administrative remedies available to him via appeal to OIP prior to filing his Complaint.<br><br>*See* Seidel Decl. ¶¶ 9, 10. | |
| 9. Plaintiff failed to exhaust his administrative remedies relating to his February 19, 2021, FOIA request as he did not administratively appeal the FBI's determinations to OIP prior to filing the instant Complaint.<br><br>*See* Seidel Decl. ¶¶ 9, 10. | |

Dated: Washington, DC
February 15, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN HUDAK
Acting Chief, Civil Division

By:      */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
Phone: (202) 252-7558
Fax: (202) 252-2599
Email: tony.quinn2@usdoj.gov

*Counsel for Defendant,*
*The Federal Bureau of Investigation*