UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY, *et al.,*<br><br>   *Defendants*. | Civil Action No. 21-3065 (JEB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff dismisses this action without prejudice as to Defendant Federal Bureau of Investigation.  Defendant Central Intelligence Agency will answer by March 14, 2022.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                D.C. Bar No. 481052
                                                Acting United States Attorney

                                                BRIAN P. HUDAK
                                                Acting Chief, Civil Division


                            By:      */s/     T Anthony Quinn*
                                                T. ANTHONY QUINN
                                                D.C. Bar No. 415-213
                                                Assistant United States Attorney
                                                Civil Division
                                                555 Fourth Street, NW
                                                Washington, D.C. 20530
                                                Phone: (202) 252-7558
                                                Tony.Quinn2@USDoJ.Gov

          JAMES G. CONNELL, III
          *Pro se*
          P.O. Box 141
          Cabin John, MD 20817-0141
          (703) 623-8410
          jconnell@connell-law.com

Dated: February 24, 2022