UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> *Plaintiff,* <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant.* | Civil Action No. 21-3065 (JEB) |

## STATUS REPORT

Defendant, Central Intelligence Agency, by and through its undersigned counsel, respectfully submits the following Status Report.

1. On November 18, 2021, Plaintiff filed a Complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's February 18, 2021, request for:

> Any and all documents sent from CIA to FBI or FBI to CIA during the period 2003-2007 regarding Ammar al Baluchi aka Ali Abdul-Aziz Ali. Responsive documents will include intelligence requirements for Mr. al Baluchi, intelligence requirements for other detainees concerning Mr. al Baluchi, reports of interrogations, and any other discussions of intelligence gathering from and about Mr. al Baluchi.

*See* ECF No. 1.

2. On March 14, 2022, Defendant filed its Answer, *see* ECF No. 11, and on March 30, 2021, the Parties filed a Joint Status Report. *See* ECF No. 12.

3. As of the time of this filing, the undersigned counsel has been unable to confer with Plaintiff about the representations made in the Status Report.

4. Defendant reports that it has completed its search and identified 139 documents representing 1,368 pages of material. Defendant will process these records and make rolling releases to Plaintiff on a quarterly basis, with the first production to be made in September 2022.

## *PROPOSED FURTHER PROCEEDINGS*

5.  Defendant proposes that a Joint Status Report be filed on or before July 29, 2022. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

Dated: June 27, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ T Anthony Quinn
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*