UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 21-3065 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 31, 2023, Minute Order, Plaintiff James G. Connell, III and Defendant Central Intelligence Agency, by and through its undersigned counsel, respectfully submit the following Joint Status Report.

1. On November 18, 2021, Plaintiff filed a Complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552. ECF 1. On March 14, 2022, Defendant filed its Answer. ECF 11.

2. Defendant anticipates making its next production in this matter on or before June 30, 2023.

3. Defendant is in the process of reviewing responsive records. Consistent with the agreed-upon quarterly response schedule, Defendant currently anticipates that it will issue its next response to Plaintiff, along with the release of non-exempt responsive records (if any), in September 2023.

4. The parties jointly propose that a Joint Status Report be filed after the next response, on or before October 2, 2023. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

Dated:  June 28, 2023
        Washington, DC

/s/ *James G. Connell*
JAMES G. CONNELL, III
P.O. Box 141
Cabin John, MD 20817-0141
(703) 623-8410
jconnell@connell-law.com

*Plaintiff, Pro Se*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:  /s/ *Christina O'Tousa*
    Christina O'Tousa
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.o'tousa@usdoj.gov


*Attorneys for the United States of America*